UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFF GOERAL RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>D. DELFINO, et al.,<br><br>Defendants. | Case No.  22-cv-07239-VKD<br><br>**ORDER SCREENING FIRST AMENDED COMPLAINT** |

The Court screened plaintiff Jeff Goeral Ramirez's initial complaint pursuant to 28 U.S.C. § 1915(e), and concluded that it failed to state a claim as to all named defendants. Dkt. No. 10. The Court granted Mr. Ramirez leave to amend his complaint. *Id.* On January 23, 2023, Mr. Ramirez filed an amended complaint, which the Court now screens and finds sufficient to state a claim as to all named parties.

In its previous order, the Court summarized Mr. Ramirez's allegations and reviewed Mr. Ramirez's claims for relief. *See* Dkt. No. 10. As to Mr. Ramirez's first claim and second claims, the Court observed that Mr. Ramirez alleged facts sufficient to state a claim for relief, but failed to clearly identify the defendants against whom each claim was asserted. *Id.* at 4. In addition, the Court noted that Mr. Ramirez did not indicate whether he intended to sue the defendants in their individual or official capacities. *Id.*

Mr. Ramirez has cured these deficiencies. His amended complaint indicates that his first claim is asserted against defendant Deputies J. Lemmon and D. Delfino, and his second claim is

asserted against defendant Dr. Francisco.[1]  Dkt. No. 13.  Mr. Ramirez's amended complaint states that the defendants are sued in their individual capacities.  *Id.*

Accordingly, the Court concludes that for purposes of 28 U.S.C. § 1915(e)(2), the allegations of Mr. Ramirez's amended complaint are sufficient to permit him to proceed with this action without prepayment of the filing fee.  The Clerk of Court shall issue the summons.  Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, the summons, a copy of the amended complaint, and this order upon defendants.

**IT IS SO ORDERED.**

Dated: January 30, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] Mr. Ramirez's original complaint named a Dr. Fernando as a defendant.