UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF GOERAL RAMIREZ,

        Plaintiff,

   v.

D. DELFINO, et al.,

        Defendants.

Case No.  22-cv-07239-AGT

**ORDER ON MOTION TO DISMISS**

Re: Dkt. No. 19

Jeff Goeral Ramirez has done enough to plead a deliberate indifference claim against Dr. Paul Francisco. It is at least plausible that Dr. Francisco acted in "reckless disregard" to Ramirez's medical needs, *Gordon v. Cnty. of Orange*, 888 F.3d 1118, 1125 (9th Cir. 2018) (simplified),  when Dr. Francisco discontinued Ramirez's use of Seroquel despite knowing that Ramirez had been prescribed Seroquel outside of jail.

Dr. Francisco gave Ramirez a different, unidentified medication instead of Seroquel. But as alleged, that other medication didn't work. After taking it, Ramirez hallucinated in his cell, started yelling uncontrollably, took off all his clothes, and had an altercation with prison guards that resulted in him being taken to the emergency room. *See* Dkt. 13, FAC at 3–6. Dr. Francisco may have had legitimate reasons for switching medications, but those reasons will be best put forward and considered after the pleading stage. The Court will not dismiss Ramirez's deliberate indifference claim on a motion to dismiss.

Dr. Francisco's motion to dismiss is denied.

**IT IS SO ORDERED.**

Dated: May 16, 2023

Alex G. Tse
United States Magistrate Judge